COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Giovanny F. Laguan and Marina Del T. Martinez
                         v. Hilary J. Lloyd and Kimberly A. Lloyd

Appellate case number:   01-14-00693-CV

Trial court case number: 12-DCV-202692

Trial court:             240th District Court of Fort Bend County

On December 18, 2014, this Court ordered the parties to file a response to the September 9, 2014 mediation order by January 15, 2015. On January 14, 2015, Select Portfolio Servicing, Inc., the purported intervenor in the trial court and current servicer for the holder and owner of a validly-recorded first lien deed of trust on the real property in question, filed a response objecting to the mediation order because it did not believe that a settlement could be reached during mediation. On January 15, 2015, appellant Giovanny F. Laguan filed a *pro se* response and similarly objected to the mediation order because he stated that the appellees were not willing to participate in mediation. Although appellees did not timely respond, because appellant Laguan and the intervenor have timely responded to this Court's December 18th order and objected to mediation, we **grant** their objections and **vacate** our September 9th mediation order.

In addition, the appellate record was due in this case by December 11, 2014. *See* TEX R. APP. P. 26.1(a), 35.1(a). According to the appellants' docketing statement, filed on September 9, 2014, they had neither requested nor paid for the clerk's record or reporter's record. Consequently, in that December 18th order, this Court also dismissed appellant Laguan's *pro se* motion for a 90-day extension of time to file the clerk's and reporter's records because he had still not paid or made arrangements to pay for them. Since then, appellant Laguan has paid for the clerk's record which was filed on January 14, 2015. However, the reporter's record still has not been filed. The records of the Clerk of this Court do not indicate that appellants are entitled to proceed without advance payment of costs. *See* TEX R. APP. P. 20.1(a).

Accordingly, we **order** appellants to provide to the Clerk of this Court written evidence from the court reporter **within 15 days of the date of this order** showing that appellants have requested and paid, or made arrangements to pay, for the reporter's record. *See* TEX. R. APP. P. 34.6(b)(1), (2), 35.3(b)(2), (3), (c), 37.3(c)(1), (2). If appellants indicate that they do not want the reporter's record or otherwise fail to provide evidence of payment or arrangements to pay for the reporter's record by the above deadline, the Clerk of this Court will set the briefing schedule and this Court will consider and decide only those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.

Judge's signature: /s/ <u>Laura Carter Higley</u>
                 ⊠ Acting individually     ☐ Acting for the Court

Date: February 10, 2015